UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 MAR 25  PM 12 45

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| JVD PROPERTY ENTERPRISES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:21-cv-263 |
| ) | |
| 1759, LTD. and NEIL JENSEN, ) | |
| ) | |
| Defendants. ) | |

## ENTRY ORDER

Following a hearing on plaintiff's motion for receiver, the court orders as follows:

1. The court is considering the appointment of Mark Stickney as receiver as proposed by plaintiff. Plaintiff shall submit a proposed order of appointment, including terms and language approved by Mr. Stickney, not later than the close of business on Tuesday, March 29, 2022. Counsel to supply a Word version of the proposed order by email to chambers.

   Defendants may submit any objection or response to Mr. Stickney's candidacy not later than the close of business on Wednesday, March 29, 2022.

   The court will rule on the emergency motion not later than Thursday, March 31, 2022.

2. The parties shall participate in a mediation session not later than Friday, April 8, 2022.

3. The court has scheduled trial in this matter for June 27 – July 1, 2022. The parties shall advise the court not later than May 1, 2022, whether they will agree to a court trial or whether a jury trial is required. If a jury trial is preferred, requests to charge shall be filed not later than June 6, 2022.

4. Not later than Friday, April 1, 2022, the parties shall submit a proposed discovery schedule providing for the exchange of documents and the completion of discovery by June 10, 2022. Motions in limine shall be filed not later than June 13, 2022, with responses due June 20, 2022, and any replies by June 24, 2022.

   Dated at Burlington, in the District of Vermont, this 25th day of March, 2022.

   Geoffrey W. Crawford, Chief Judge
   United States District Court