UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 MAR 30  PM 4: 01

CLERK

BY_____
DEPUTY CLERK

JVD PROPERTY ENTERPRISES, INC.,   )
                                  )
        Plaintiff,                )
                                  )
   v.                             )        Case No. 5:21-cv-263
                                  )
1759, LTD. and NEIL JENSEN,       )
                                  )
        Defendants.               )
                                  )
                                  )
_____ )
                                  )
1759, LTD.                        )
                                  )
        Third-Party Plaintiff,    )
                                  )
   v.                             )
                                  )
MATOT HOLDINGS, INC., MICHAEL     )
MATOT, LYNCH & FOLEY, P.C., and   )
JAMES C. FOLEY, JR.,              )
                                  )
        Third-Party Defendants.   )

## ENTRY ORDER

The court has scheduled argument on the plaintiff's motion for summary judgment

(Doc. 32) for April 22, 2022.

In addition to the issues raised in the briefing, the court anticipates discussing the parties'

preferred mechanism for a judicial sale. This is frequently the outcome of a foreclosure case,

and it appears that both Plaintiff and Defendants recognize the need to sell the property at the

highest possible price and without delay.

One option would be a court-supervised sale as provided by statute. The court would hire

an auctioneer. Another option would be a sale by a receiver—if appointed as a result of

1

Plaintiff's motion filed February 23, 2022 (Doc. 41)—through a commercial realtor or in some other manner.  That would likely require the agreement of the parties which is why the court puts this possibility on the table now for consideration.

Dated at Rutland, in the District of Vermont, this 30th day of March, 2022.

Geoffrey W. Crawford, Chief Judge
United States District Court